1  STEVEN J. KAREN, ESQ.
   Nevada Bar 004651
2  2810 West Charleston Boulevard, Suite 82
   Las Vegas, Nevada 89102
3  Telephone:   (702) 382-9307
   Facsimile:   (702) 382-1836
4  Attorney for Co-Defendant
   PORFIRIO INFANTE-CERVANTES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00383-JCM-CWH |
| Plaintiff, | |
| vs. | |
| PORFIRIO INFANTE-CERVANTES, | |
| Defendant. | |

### CO-DEFENDANT PORFIRIO INFANTE-CERVANTES'S MOTION TO JOIN AND ADOPT CO-DEFENDANT OCTAVIO CESAR AREVALO'S MOTION TO DISMISS FOR VAGUENESS

COMES NOW, Defendant Porfirio Infante-Cervantes, by and through his attorney STEVEN J. KAREN, and hereby files this Motion to join and adopt Co-Defendant Octavio Cesar Arevalo's Motion to Dismiss for Vagueness.

DATED this 9th day of APRIL 2014.

/s/
STEVEN J. KAREN, ESQ.
Nevada Bar No. 4651
2810 West Charleston Boulevard, Suite 82
Las Vegas, Nevada 89102
Telephone:   (702) 382-9307
Facsimile:   (702) 382-1836
Attorney for Co-Defendant
PORFIRIO INFANTE-CERVANTES

## LEGAL ARGUMENT

Counsel for Co-Defendant Infante-Cervantes seeks to join in the Motion to Dismiss filed by Co-Defendant Arevalo. The arguments raised by Co-Defendant Arevalo apply equally to the charges against his co-defendant, Infante-Cervantes. Co-Defendant Infante-Cervants is alleged to have worked at the alleged "spice" lab packing and shipping the product. Joinder in the aforementioned motion will avoid duplicate efforts and reduce the burden on the court, thus conserving judicial resources and promoting judicial economy.

DATED this 9th day of APRIL 2014.

/s/
STEVEN J. KAREN, ESQ.
Nevada Bar No. 4651
2810 West Charleston Boulevard, Suite 82
Las Vegas, Nevada 89102
Telephone:   (702) 382-9307
Facsimile:    (702) 382-1836
Attorney for Co-Defendant
PORFIRIO INFANTE-CERVANTES

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATED: April 10, 2014