# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:12-cr-00383-JCM-CWH |
| vs. | ) | **ORDER** |
| OCTAVIO CESAR AREVALO, et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant Octavio Cesar Orevalo's Motion to Dismiss (#80), filed March 3, 2014, and the Government's Response (#97), filed April 4, 2014. The Court also granted Defendant Porfirio Infante-Cervantes' Motion for Joinder (#100) to the motion to dismiss. On June 23, 2014, Defendant Infante-Cervantes entered into a plea agreement, which was accepted by the Court. *See* Mins. of Proceedings (#109). The undersigned has been informed that Defendant Octavio Cesar Orevalo has also entered into a plea agreement and a change of plea hearing is currently scheduled for July 15, 2014. Consequently, motion to dismiss (#80) is now moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Octavio Cesar Orevalo's Motion to Dismiss (#80) is **denied without prejudice as moot**.

**IT IS FURTHER ORDERED** that the hearing currently scheduled for July 8, 2014 before the undersigned magistrate judge is hereby **vacated**.

DATED: July 7, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**